**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE VERIZON EMPLOYEE BENEFITS COMMITTEE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LISA BALDINO, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 18-14251 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiff The Verizon Employee Benefits Committee's ("Plaintiff") Motion for Default Judgment against Defendant Lisa J. Baldino. (ECF No. 13.) The Court has carefully considered Plaintiff's submissions and decides this matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 15th day of June 2020, **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 13) is **GRANTED**.
2. Plaintiff is awarded equitable restitution in the amount of $11,446.00, to be paid from the Brunswick Account.[1]

　　　　　　　　　　　　　　　　　　　　　　s/ Michael A. Shipp
　　　　　　　　　　　　　　　　　　　　　　**MICHAEL A. SHIPP**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] The Brunswick Account refers to a bank account at Brunswick Bank & Trust Company, which has its principal place of business at 439 Livingston Ave., New Brunswick, New Jersey 08901. (*See* Compl. ¶ 4, ECF No. 1.) The account number of the Brunswick Account is 200604131. (*Id.* ¶ 11.)